JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>PALOS VERDES PENINSULA UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 8:23-cv-00524-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Attorneys' Fees and Costs" filed substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Plaintiff Ryan Lawrence is **AWARDED** attorneys' fees and costs totaling $89,244.90, which sum consists of the following:

    a. $53,712.50 for fees incurred in the underlying OAH litigation;

    b. $5,302.90 for fees incurred attempting to negotiate with the District;

    c. $27,079.50 for fees incurred in connection with preparing the Complaint, the Motion, and the supporting papers; and

    d. $3,150.00 for fees incurred in drafting a reply brief.

2. Accordingly, Plaintiff Ryan Lawrence shall have **JUDGMENT** in his **FAVOR**, and **AGAINST** Defendant Palos Verdes Peninsula Unified School District in the amount of **$89,244.90**.

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 6, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE